[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 26, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-12571
Non-Argument Calendar

_____

D. C. Docket No. 05-00039-CR-OC-10-GRJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMILCAR BARROS-GOMEZ,
a.k.a. Toty,
a.k.a. El Negrito,
a.k.a. Carlos Palmar,
a.k.a. Robert Higius,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 26, 2007)

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

David Mengers, appointed counsel for Amilcar Barros-Gomez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record confirms counsel's assessment of the relative merits of any potential issues for appeal. Because the record reveals no issues of arguable merit, we **GRANT** counsel's motion to withdraw and **AFFIRM** Barros-Gomez's conviction and sentence.